No. 82–1093. ABLE, DBA CRIMINAL DEFENSE CLINIC ET AL. *v.* TEXAS ET AL. Appeal from Ct. App. Tex., 1st Sup. Jud. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–6238. JONES ET AL. *v.* MITCHELL ET AL. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–6239. JONES ET AL. *v.* JEFFERSON PARISH SCHOOL BOARD. Appeal from C. A. 5th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–1153. MOTOR CLUB OF AMERICA INSURANCE CO. *v.* NEW JERSEY ET AL. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 82–1281. SHELLY & SANDS, INC., ET AL. *v.* PENNSYLVANIA DEPARTMENT OF TRANSPORTATION. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 82–6203. WAKEMAN ET AL. *v.* SOUTH DAKOTA. Appeal from Sup. Ct. S. D. dismissed for want of substantial federal question.

No. 81–1278. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Florida* v. *Royer*, *ante*, p. 491.